**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-1204**

———————

DEMETRIUS HERBERT,

        Plaintiff - Appellant,

    v.

OLYMPIA HOTEL MANAGEMENT, LLC,

        Defendant - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville. Norman K. Moon, Senior District Judge. (3:13-cv-00015-NKM-RSB)

———————

Submitted: May 22, 2014             Decided: May 28, 2014

———————

Before TRAXLER, Chief Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Demetrius Herbert, Appellant Pro Se. Crystal L. Tyler, JACKSON LEWIS PC, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Demetrius Herbert appeals the district court's order denying relief on his complaint filed pursuant to Title VII of the Civil Rights Act of 1964. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Herbert v. Olympia Hotel Mgmt., LLC, No. 3:13-cv-00015-NKM-RSB (W.D. Va. Feb. 4, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED